# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Shelley M. Fite
Anderson M. Gansner
Gabriela A. Leija
Peter R. Moyers
Ronnie V. Murray
Tom Phillip
Joshua D. Uller
Kelly A. Welsh

517 East Wisconsin
Suite 182
Milwaukee, Wisconsin 53202

Telephone 414-221-9900
Facsimile 414-221-9901

September 30, 2018

Honorable J. P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

RE: *United States v. Calvin Glazunov*
Case No. 18-cr-135

Dear Judge Stadtmueller:

Undersigned counsel met with Mr. Glazunov to discuss his case. Specifically, counsel and Mr. Glazunov discussed motions that may be raised in his defense. Mr. Glazunov considered his options and agrees that his jury trial should be adjourned so that his motions may be addressed.

Sincerely,

Gabriela A. Leija
Counsel for Calvin Glazunov

Calvin Glazunov