UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                           Case No. 18-CR-135

CALVIN D. GLAZUNOV,

      Defendant.

---

## A F F I D A V I T

---

STATE OF WISCONSIN    )
                                )ss
COUNTY OF MILWAUKEE  )

      I, Gail J. Hoffman, being first duly sworn do hereby depose and say that:

      1.      I am the Assistant United States Attorney assigned to handle the prosecution of the above-entitled matter.

      2.      This affidavit is submitted in support of the government's motion for an order and judgment of forfeiture.

      3.      On June 21, 2019, this Court issued an order forfeiting the interest of the above-defendant in the property listed in the Indictment filed on June 19, 2018. R. 53.

      4.      On July 17, 2019, the government filed a notice of forfeiture with respect to the property named in this Court's June 21, 2019 forfeiture order, and caused this notice to be posted on an official government internet site for at least 30 consecutive days, beginning on July 18, 2019 and ending on August 16, 2019, pursuant to Rule 32.2 of the Federal Rules of Criminal

Procedure and 21 U.S.C. § 853(n)(1). Copies of the Declaration of Publication, Notice of Forfeiture, and Advertisement Certification Report evidencing notice of the forfeiture action are attached hereto as Exhibit A.

5. Pursuant to 21 U.S.C. § 853(n)(1), written notice of forfeiture was also mailed to all parties of record who might have a claim or interest in the property covered by this Court's June 21, 2019 forfeiture order.

6. Pursuant to 21 U.S.C. § 853(n)(1), interested parties must assert a claim for the forfeited property within 30 days of the final publication of notice or receipt of the notice, whichever is earlier. To date, no claims have been filed in response to the July 17, 2019 notice of forfeiture, and the time to respond has expired.

By: *s/Gail J. Hoffman*
GAIL J. HOFFMAN
Assistant United States Attorney
Bar Number: 1007361
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
E-Mail: gail.hoffman@usdoj.gov

Subscribed and sworn to before me
this 18th day of September, 2019.

s/NANCY A. ZEPNICK
Notary Public, State of Wisconsin
My commission: expires 2/18/23